WILLIAM R. TAMAYO
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY
MOLLY KÜÇÜK
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6892
FAX: (206) 220-6911
molly.kucuk@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SSHI LLC, a subsidiary of D.R. HORTON, INC.<br><br>Defendant**.** | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

disability and to provide appropriate relief to Rebecca Denney, who was adversely affected by such practices.  The Equal Employment Opportunity Commission ("EEOC") alleges that SSHI LLC, a subsidiary of D.R. Horton, Inc. ("Defendant") discriminated against Ms. Denney, a qualified individual with a disability, when it refused to engage in the interactive process and provide her with a reasonable accommodation, and then terminated her employment because of her disability.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.    The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission (EEOC or "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1)

.    4.    At all relevant times, Defendant has continuously been doing business in the State of Washington and has continuously had at least 15 employees.

5.    At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and

**COMPLAINT-** Page 2 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections

701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.     At all relevant times, Defendant has been a covered entity under Section 101(2) of

the ADA, 42 U.S.C. § 12111(2).

<u>STATEMENT OF CLAIMS</u>

7.     More than thirty days prior to the institution of this lawsuit, Rebecca Denney filed

a charge with the Commission alleging violations of Title I of the ADA by Defendant.  All

conditions precedent to the institution of this lawsuit have been fulfilled.

8.     Since at least August 2007, Defendant has engaged in unlawful employment

practices in violation of Sections 102(a) and 102(b)(5) of Title I of the ADA, 42 U.S.C. §§

12112(a) and 12112(b)(5).  The Defendant discriminated against Rebecca Denney, a qualified

individual with a disability, when it failed to engage in the interactive process and provide a

reasonable accommodation to her, and then terminated her because of her disability.

9.     The effect of the practices complained of in paragraph 8 above has been to

deprive Ms. Denney of equal employment opportunities and otherwise adversely affect her status

as an employee, because of her disability.

10.     The unlawful employment practices complained of in paragraph 8 were and are

intentional.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant, its officers, agents, successors,

assigns, and all persons in active concert or participation with it, from unlawfully failing to

provide equal employment opportunities to employees with disabilities and to accommodate

employees' disabilities, and any other employment practice which discriminates on the basis of

disability.

**EQUAL EMPLOYMENT**
**OPPORTUNITYCOMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant to make whole Rebecca Denney by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      Order Defendant to make whole Rebecca Denney by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

E.      Order Defendant to make whole Rebecca Denney by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.      Order Defendant to pay Rebecca Denney punitive damages for its malicious and reckless conduct, as described in paragraph 8 above in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

//

//

//

//

**COMPLAINT-** Page 4 of 5

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this <u>30</u><sup>th</sup> day of <u> September </u>, 2009.

WILLIAM R. TAMAYO                              JAMES L. LEE
Regional Attorney                              Deputy General Counsel

JOHN F. STANLEY                                GWENDOLYN Y. REAMS
Supervisory Trial Attorney                     Associate General Counsel

MOLLY P. KŰÇŰK
Senior Trial Attorney

BY:  <u>_/s/  William R. Tamayo_____</u>
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
909 First Avenue, Suite 400                    Office of the General Counsel
Seattle, WA  98104-1061                        131 "M" St. NE
Telephone (206) 220-6896                       Washington, D.C. 20507
Facsimile (206) 220-6911

Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882