WILLIAM R. TAMAYO
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
DAMIEN A. LEE, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6915
FAX: (206) 220-6911
damien.lee@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SSHI LLC, a subsidiary of D.R. HORTON, INC.<br><br>Defendant. | CIVIL ACTION NO. C09-1383-RSM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

The Equal Employment Opportunity Commission herewith notifies the Court that Senior Trial Attorney Damien A. Lee is no longer associated with this case.  Please remove Mr. Lee from the notification list.

EEOC v. SSHI LLC, a subsidiary of D.R. HORTON, INC.
C09-1383-RSM
NOTICE OF WITHDRAWAL AND SUBSTITUION OF COUNSEL- Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

DATED this 26th Day of March 2010.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| DAMIEN A. LEE<br>Senior Trial Attorney | |

BY: _/s/ Damien A. Lee_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
909 First Avenue, Suite 400                Office of the General Counsel
Seattle, WA 98104-1061                    131 "M" St. NE
Telephone (206) 220-6915                  Washington, D.C. 20507
Facsimile (206) 220-6911

Attorneys for Plaintiff

EEOC v. SSHI LLC, a subsidiary of D.R. HORTON, INC.
C09-1383-RSM
NOTICE OF WITHDRAWAL AND SUBSTITUION OF COUNSEL- Page 2 of 3

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, I electronically filed the forgoing "**Notice of Withdrawal of Counsel**" with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

>Richard C. Hunt
>Email:  rhunt@barran.com
>Paula Barran
>Email:  pbarran@barran.com
>BARRAN LIEBMAN, LLP
>601 South West Second Avenue, Suite 2300
>Portland, Oregon  97204-3159
>Phone:  503-228-0500
>Fax:  503-274-1212
>
>Attorney's for the Defendant
>
>Scott C.G. Blankenship, WSBA 21431
>Email:  sblankenship@blankenshiplawfirm.com
>Greg Alan Wolk, WSBA 28946
>Email:  gwolk@blankenshiplawfirm.com
>The Blankenship Law Firm, P.S.
>1201 Third Avenue, Suite 2880
>Seattle, WA 98101
>Phone:  206-343-2700
>Fax:     206-343-2704
>
>Attorneys for Plaintiff Intervenors

DATED this 26th Day of March 2010.

*/s/Mary R. Hammock*
MARY R. HAMMOCK
Legal Technician

EEOC v. SSHI LLC, a subsidiary of D.R. HORTON, INC.
C09-1383-RSM
NOTICE OF WITHDRAWAL AND SUBSTITUION OF COUNSEL- Page 3 of 3

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882